UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES SMALL,

    Plaintiff,

v.

    Case No. 1:24-cv-1142

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is AFFIRMED.

Dated:  January 16, 2026
                                          /s/  Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge